BENJAMIN B. WAGNER
United States Attorney
KURT A. DIDIER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT L. CARR and THERESA A. CARR,<br><br>Defendants and Judgment Debtors,<br><br>PIPE TRADES DISTRICT COUNCIL NO. 36 PENSION TRUST FUND,<br><br>Garnishee. | No.: 2:13-mc-00097-GEB-DAD<br><br>**APPLICATION FOR FINAL ORDER OF GARNISHMENT (RETIREMENT ACCOUNTS); AND ORDER**<br><br>Criminal Case No.: 2:09-cr-00170-GEB |

Plaintiff United States respectfully moves, pursuant to Section 3205(c)(7) of the Federal Debt Collection Procedures Act, 28 U.S.C. §§ 3001, *et seq.,* for a Final Order of Garnishment against the retirement account(s) of the defendants and judgment debtors, Robert L. Carr and Theresa A. Carr.

The United States seeks the order based on the following grounds:

1. On June 10, 2013, the Clerk entered Judgment against the Carrs in criminal case number 2:09 CR00170-GEB. The Judgment includes an order of restitution in the amount of $120,000.00. Criminal Case Docket Entry ("DE") No. 111.

2. To collect on the restitution order, the United States filed Applications for Writs of

Garnishment on September 17, 2013 against the Carrs' suspected retirement accounts at the Pipe Trades District Council No. 36 Pension Trust Fund (the Pension Fund).  Miscellaneous Case DE No. 1.

3. The Clerk issued Writs of Garnishment to garnishee, the Pension Fund, on September 18, 2013.  The United States thereafter served the Pension Fund with the Writs and their attachments.  DE No. 3.

4. On September 20, 2013, the United States served the Carrs with copies of the Writ and notified them of their right to a hearing to object to the Answer and/or claim exemptions on the garnished accounts.  DE No. 6.

5. On October 3, 2013, the Pension Fund filed its Acknowledgment of Service and Answer of Garnishee as to Mrs. Carr.  DE No. 7.  The Answer states that Mrs. Carr has no retirement accounts with the Pension Fund.  *Id.*

6. On October 4, 2013, the Pension Fund filed its Acknowledgment of Service and Answer of Garnishee as to Mr. Carr.  The Answer states that Mr. Carr maintains an account with the Pension Fund, with an approximate account balance of $19,384.70 (Account No. xxx-xx-1955.)  Mrs. Carr is a beneficiary of Mr. Carr's account.  DE No. 8.

7. Plaintiff served Defendants with a copy of the Writ of Garnishment and notified them of their right to a hearing to object to the Answer and/or claim exemptions on the retirement account subject to the garnishment proceedings.  Defendants had twenty-days from the date Pipe Trades District Council No. 36 Pension Trust Fund served its Answer to request a hearing (28 U.S.C. § 3205(c)(5)), but did not do so.

///
///
///
///
///
///
///

8. All conditions to the issuance of a Final Order of Garnishment against Mr. Carr's Pension Fund retirement account are satisfied and accordingly, the Court can and should grant the requested relief. The United States has lodged a proposed order.

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

DATED: February 18, 2014        By:    /s/ Kurt A. Didier
                                       KURT A. DIDIER
                                       Assistant United States Attorney

**ORDER**

The Court, having reviewed the court files and the Application for Final Order of Garnishment (the Application) and finding good cause therefor, hereby APPROVES the Application. Further, to effectuate payment of the garnished account identified in paragraph 6 of the Application, the Pipe Trades District Council No. 36 Pension Trust Fund account custodian shall:

1. Deliver, within 30 days of the date of this Order, a cashier's check, money order or company draft in the amount of the account balance payable to the *Clerk of the Court* at the Office of the Clerk, United States District Court, Eastern District of California, 501 I Street, Suite 4-200, Sacramento, CA 95814;

2. State the criminal case docket number (Case No. 2:09CR00170-GEB) on the payment instrument; and

3. Include a self-addressed, stamped envelope with the payment if requesting a payment receipt.

IT IS SO ORDERED.

Dated: February 19, 2014

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1\orders.civil\USvCarr0097.gar.ord.docx